**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIO SERRANO, | No. C 10-03522 JSW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE ON "SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY"** |
| v. | |
| INDYMAC FEDERAL BANK, FSB, et al., | |
| Defendants. | |

On September 23, 2010, the Federal Deposit Insurance Corporation ("FDIC"), filed a request to be substituted in for Defendant Indymac Federal Bank, FSB and requested a 90 day stay pursuant to 12 U.S.C. 1821(d)(12)(A). The motion is not the proper subject of a motion for administrative relief, and the FDIC did not notice the motion for a hearing. It is HEREBY ORDERED that Plaintiff shall file a response setting forth an opposition to the FDIC's request or a statement of non-opposition by no later than October 8, 2010. If Plaintiff opposes the request, the FDIC may file a reply by no later than October 15, 2010. Unless the Court determines that a hearing is required, the Court shall decide the matter on the papers.

**IT IS SO ORDERED.**

Dated: September 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE