JEFFER MANGELS BUTLER & MITCHELL LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER for INDYMAC FEDERAL BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EVELIO SERRANO,<br><br>    Plaintiff,<br><br>    v.<br><br>INDYMAC FEDERAL BANK, FSB; QUALITY LOAN SERVICE CORPORATION; MIAWAND BAYAN, individually and dba CALIFORNIA MUTUAL FINANCIAL; and DOES 1 through 50,<br><br>    Defendants. | CASE NO.   4:10-cv-03522-JSW<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY**<br><br>CTRM:   11<br>JUDGE:   HON. JEFFREY S. WHITE |

1  THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2  Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3  having been shown, and based on the lack of opposition to the motion,
4  IT IS HEREBY ORDERED:
5  (1)  That the Federal Deposit Insurance Corporation, as Receiver for Indymac
6  Federal Bank, FSB ("FDIC as Receiver"), is substituted in for named defendant Indymac Federal
7  Bank, FSB; and
8  (2)  That all proceedings in this matter are stayed for ninety (90) days from the
9  date of this Order. with the exception of the FDIC's request for a refund of filing fees.
10  IT IS SO ORDERED.
11
12  Dated: October 18, 2010
    HONORABLE JEFFREY S. WHITE
13  UNITED STATES DISTRICT COURT JUDGE

1043783v1                - 2 -    ORDER GRANTING SUBSTITUTION OF FDIC AS
                                  RECEIVER; STAY 10-cv-03522-JSW