IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVELIO SERRANO,

    Plaintiff,

v.

INDYMAC FEDERAL BANK, FSB, et al.,

    Defendants.

No. C 10-03522 JSW

**ORDER TO SHOW CAUSE WHY STAY SHOULD NOT BE LIFTED**

On October 18, 2010, this Court issued an Order granting the Federal Deposit Insurance Corporation's motion to substitute in as receiver for Indymac Federal Bank, FSB, and stayed this matter for a period of ninety days. Although the Court denied as moot a motion for refund of filing fees filed by the FDIC, there has been no further activity since that time, and more than ninety days have now passed.

Accordingly, the FDIC is HEREBY ORDERED to show cause as to why the stay should not be lifted. The FDIC's response shall be due by no later than March 11, 2011. If, after reviewing the FDIC's response, the Court believes a response from any other party is necessary, it shall issue a further order.

**IT IS SO ORDERED.**

Dated: February 28, 2011

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE