IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIO SERRANO,<br><br>  Plaintiff,<br><br>v.<br><br>INDYMAC FEDERAL BANK, FSB, et al.,<br><br>  Defendants.<br>_____/ | No. C 10-03522 JSW<br><br>**ORDER LIFTING STAY, DISMISSING DEFENDANTS INDYMAC FEDERAL BANK, FSB AND FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER, AND SETTING CASE MANAGEMENT CONFERENCE** |

The Court has received the response to the Order to Show Cause as to why the stay in this case should not be lifted. Based on the representations therein, the Court HEREBY LIFTS the stay.

It is FURTHER ORDERED that Indymac Federal Bank, FSB and the Federal Deposit Insurance Corporation as Receiver for Indymac Federal Bank, FSB are HEREBY DISMISSED WITH PREJUDICE, each party to bear their own costs. (*See* Docket No. 16.)

It is FURTHER ORDERED that this matter shall be set for an initial case management conference on Friday, April 15, 2011 at 1:30 p.m. A joint case management statement shall be due by no later than Friday, April 8, 2011.

**IT IS SO ORDERED.**

Dated: March 18, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE